**DENY and Opinion Filed December 6, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-01143-CV**
_____

**IN RE JADA WATSON, Relator**

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07717**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Partida-Kipness and Smith
Opinion by Justice Partida-Kipness

Relator Jada Watson brings this original proceeding to challenge the designation of an unknown driver as a responsible third party in her personal injury suit. Relator disputes whether the real parties' allegations—that relator's injuries "are the result" of the unknown driver's "criminal" conduct of committing a "hit-and-run"—are sufficient to give fair notice of a claim that the unknown driver's criminal act caused relator's injury. *See* TEX. CIV. PRAC. & REM. CODE § 33.004(j); *In re YRC Inc.*, 646 S.W.3d 805, 809 (Tex. 2022) (orig. proceeding).

"Mandamus relief is warranted when a trial court clearly abuses its discretion and the relator has no adequate remedy by appeal." *YRC*, 646 S.W.3d at 808. After reviewing the petition and the mandamus record, we conclude relator has not shown

she is entitled to the relief requested. *See In re Windstar Trucking, LLC*, No. 08-21-00001-CV, __S.W.3d__, __, 2022 WL 3699963, at \*3 (Tex. App.—El Paso Aug. 26, 2022, orig. proceeding).

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. CIV. P. 52.8(a).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

221143F.P05